UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHLEY HARVILLE, individ    ,

Plaintiff(s),

v.

DEMI CO LLC                    ,

Defendant(s).

Case No. 4:26-CV-01917-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, SARAH K. ADAMS , an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: DEMI CO LLC in the above-entitled action. My local co-counsel in this case is KEVIN J. COLE , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 321555 .

512 E. Township Line Road, Suite 305, Blue
Bell, PA 19422
MY ADDRESS OF RECORD

(610) 567-0700
MY TELEPHONE # OF RECORD

SAdams@c-wlaw.com
MY EMAIL ADDRESS OF RECORD

9701 Wilshire Blvd, Suite 1000, Beverly Hills,
CA 90212
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 861-7797
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Kevin@kjclawgroup.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 322803 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___June 18, 2026___

SARAH K. ADAMS _Sarah Adams_
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __SARAH K. ADAMS__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/18/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2